IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **HAROLD SCOTT BAKER,**  Plaintiff, | ) )  ) |
| **v.** | ) )   CIVIL ACTION 1:21-00209-KD-MU |
| **OFFICER PHILLIPS,** *et al.***,**  Defendants. | ) )  ) |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated July 30, 2021 is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this action is **DISMISSED** without prejudice due to Plaintiff's failure to comply with the Court's order and to prosecute this action, as no lesser sanction will suffice.

**DONE** and **ORDERED** this the **7th** day of **September 2021.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**