# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **HAROLD SCOTT BAKER,** ) | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | **CIVIL ACTION 1:21-00209-KD-MU** |
| **OFFICER PHILLIPS,** *et al.*, ) | |
|     **Defendants.** ) | |

## JUDGMENT

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED** without prejudice due to Plaintiff's failure to comply with the Court's order and to prosecute this action, as no lesser sanction will suffice.

**DONE** and **ORDERED** this the **7th** day of **September 2021.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**